**Order entered June 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01442-CV

**CAPITAL ONE, N.A., Appellant**

**V.**

**STANLEY C. HADDOCK, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-13162**

## ORDER

We **GRANT** appellant's May 28, 2015 unopposed motion for an extension of time to file

a reply brief. Appellant shall file a reply brief by **JUNE 3, 2015**.


              /s/      ELIZABETH LANG-MIERS
                         JUSTICE